**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN CHAMBERS
U.S.D.C. Atlanta
FEB - 8 2012
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DIVISION Rome
(USAO 2012R00063)

4:12-CR-09

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Paulding

DISTRICT COURT NO.

MAGISTRATE CASE NO. _____

_X_ Indictment         ___ Information         ___ Magistrate's Complaint
DATE: 2/8/12           DATE:                   DATE:

| UNITED STATES OF AMERICA vs. **WILLIE CHARLES TOWNSEND** | SUPERSEDING<br>Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:                          TOTAL COUNTS:
(as to deft)                             (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony      ___ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____                          Issued by: _____

<u>IS IN CUSTODY:</u>

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges _X_ Yes ___ No
   _X_ Federal   ___ State
      If Yes, show name of institution   MDAL
      Has detainer been filed ___ Yes        _X_ No
      If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE:<br>JUDGE:<br>A.U.S.A.: Paul R. Jones<br>DEFT'S ATTY: |
|---|---|
| | SALLY QUILLIAN YATES<br>UNITED STATES ATTORNEY<br>BY: Paul R. Jones<br>Assistant United States Attorney<br>DATE: |